**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Deonne Kirkland,

                                    Plaintiff,                                    **ORDER**

              -against-                                    25-CV-6286 (RER) (CHK)

Lynelle Maginley-Liddie; Ronald Miller; Nadely
Taveraz; Karen Powell,

                                    Defendants.
-------------------------------------------------------------------X
**RAMÓN E. REYES, JR., District Judge:**

On January 2, 2026, this Court struck *pro se* plaintiff Deonne Kirkland's second

amended complaint. (ECF No. 9). Leave to amend a complaint is permitted under Federal

Rule of Civil Procedure 15(a)(2) with the opposing party's consent or leave of court. Rule

15(a)(2) further provides that "[t]he court should freely give leave [to amend] when justice

so requires." Fed. R. Civ. P. 15(a)(2). Accordingly, leave to amend should be given when

"factors such as undue delay or undue prejudice to the opposing party are absent." *SCS*

*Commc'ns, Inc. v. Herrick Co.*, 360 F.3d 329, 345 (2d Cir. 2004). Defendants have yet to

be served in this action. Accordingly, in the absence of undue delay or prejudice to

defendants, in light of the liberal standard for amendments and plaintiff's *pro se* status,

and notwithstanding the Court's prior order striking the second amended complaint, the

Court construes the filing of Plaintiff's second amended complaint as a motion to amend

and grants the motion, *nunc pro tunc*. Plaintiff's second amended complaint (ECF No. 9),

is deemed the operative complaint.

Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is

granted. (ECF Nos. 2, 7). The Clerk of Court shall issue a summons, and the United

States Marshals Service is directed to serve the summons, the second amended complaint, and this Order upon the defendants without prepayment of fees.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff and to the Corporation Counsel for the City of New York, Special Federal Litigation Division, noting the mailings on the docket. The case is referred to Magistrate Judge Clay H. Kaminsky for pretrial supervision.

SO ORDERED.

  /s/ Ramón E. Reyes, Jr.  

RAMÓN E. REYES, JR.
United States District Judge

Dated: May 21, 2026
        Brooklyn, New York